IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**
**Plaintiff,**

v.

**JOSHUA BURGARD,**
**Defendant.**                                                    No. 10 - CR - 30085 DRH

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant's Motion to Suppress Defendant's Cell Phone and All Fruits of this Evidence, and Memorandum in Support (Doc. 22), filed on November 3, 2010. A hearing on the Motion was held January 4, 2011 (Doc. 30), and a ruling on the Motion is now pending before the Court. Defendant's current trial setting is January 31, 2011. Because resolution of Defendant's Motion is necessary in order to determine the issues going forward to trial, the Court finds that a **CONTINUANCE** of the current trial is warranted.

The Speedy Trial Act provides excludable time for any periods of "delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion . . . ." **18 U.S.C. § 3161(h)(1)(D)**. Defendant's Motion was filed on November 3, 2011, and its hearing held recently on January 4, 2011. The Motion is now pending for prompt disposition before the Court. Accordingly, the Court hereby **CONTINUES** the jury

trial scheduled for January 31, 2011, to **Monday, February 28, 2011, at 9:00 a.m.** The time from the date the Motion to Suppress Defendant's Cell Phone and All Fruits of this Evidence, and Memorandum in Support (Doc. 22) was filed, November 3, 2010, until the date the trial is rescheduled, February 28, 2011, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED.**

Signed this 28th day of January, 2011.

David R. Herndon
2011.01.28
16:06:17 -06'00'

**Chief Judge**
**United States District Court**